An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RAMIRO VELA,
Appellant,
vs.
GRAINGER'S,
Respondent.

No. 66356

**FILED**

NOV 24 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is a proper person appeal from a district court order denying a motion for reconsideration of an earlier order denying a motion to waive fees and costs. Because no statute or court rule authorizes an appeal from such an order, we lack jurisdiction to consider this appeal. *See Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984) (noting that an appeal may only be taken when authorized by statute or court rule); *see also* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken). Accordingly, we

ORDER this appeal DISMISSED.

_____ , J.
Pickering

_____ J.
Parraguirre

_____ , J.
Saitta

cc:    Hon. James E. Wilson, District Judge
       Ramiro Vela
       Carson City Clerk

SUPREME COURT
OF
NEVADA

(0) 1947A

14-38606